**FILED**
CLERK, U.S. DISTRICT COURT

Dec 14, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unicolors, Inc., | CASE NO.: 2:16-cv-07143-SVW-PJW |
| Plaintiff | JUDGMENT |
| vs. | |
| Zulily, LLC et al, | JS - 6 |
| Defendant. | |

Pursuant to the Offer of Judgment, filed on December 1, 2016, and the Acceptance of Offer of Judgment, filed on December 1, 2016, judgment is entered for Unicolors, Inc., and against Zulily, LLC, pursuant to the conditions set for in the Offer of Judgment.

DATE: ___December 14, 2016___

*Margo Mead*

Clerk of the Court