FILED
CLERK, U.S. DISTRICT COURT
Dec 27, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>ZULILY, LLC, a Washington limited liability company; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 16-CV-7143-SVW-PJW<br><br>**AMENDED JUDGMENT**<br><br><br><br>Complaint Filed:  September 22, 2016<br>Trial Date:           None Set |

On September 22, 2016, Plaintiff Unicolors, Inc. ("Unicolors") filed a Complaint against Defendant Zulily, LLC ("Zulily") for copyright infringement. (ECF No. 1.) On November 28, 2016, Zulily served by mail on Unicolors an offer to enter judgment pursuant to Federal Rule of Civil Procedure 68. (ECF No. 18.) On November 30, 2016, Unicolors accepted the offer. (ECF No. 19.) On December 14, the Clerk entered

judgment pursuant to the conditions set forth in the Offer of Judgment. (ECF No. 23.) On December 21, 2016, the parties filed a stipulation to amend the judgment to set the amount of costs determined by mutual agreement pursuant to the offer.

Pursuant to Federal Rule of Civil Procedure 68(a), the Court must enter judgment on the terms of the offer. Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Unicolors shall recover from Zulily the amount of Two Hundred Dollars ($200.00) with the costs accrued as of the making of the Rule 68 offer;

2. By mutual agreement of the parties following acceptance of the Rule 68 offer, the amount of costs accrued as of the making of the Rule 68 offer shall be deemed to be Two Thousand Dollars ($2,000);

3. The offer of compromise was for purposes of settlement only. This judgment shall not constitute an admission of any wrongdoing by Zulily. This offer shall not have preclusive effect with respect to the truth or falsity of any party's allegations.

**IT IS SO ORDERED.**

Date: December 27, 2016

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE